### MADDOX, administrator, *v.* GILES.

FISH, C. J.  The grounds of the motion for new trial are not meritorious. There was evidence to authorize the verdict, and the court did not err in refusing a new trial.  *Judgment affirmed.  All the Justices concur.*

MAY 15, 1913.

Claim.  Before Judge Daniel.  Butts superior court.  May 21, 1912.

*J. F. Carmichael* and *Andrew W. Lane,* for plaintiff.

*C. L. Redman, O. M. Duke,* and *J. T. Moore,* for defendant.